# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140440

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v                                                    SC: 140440
                                                     COA: 287087
                                                     Ionia CC: 07-013625-FH
RAYMOND CHARLES FAIRFIELD, JR.,
    Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 5, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2010

_____
Clerk

d0419